| | | | |
|---|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Craig Hunter | Telephone: (248) 320-8692 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Arlen MARTINEZ-VALLE

Case No. 25-mj-30258

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 15, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 15, 2025, in the Eastern District of Michigan, Southern Division, Arlen MARTINEZ-VALLE, an alien from Nicaragua, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about February 21, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Craig Hunter, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: April 24, 2025

City and state: Detroit, MI

*Judge's signature*

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Craig Hunter, declare the following under penalty of perjury:

1. I am a Deportation Officer (DO), with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO). I have been employed by ICE since January of 2022 and have been a Federal Law Enforcement Officer since March of 2012. I am currently assigned as a DO in the Detroit Field Office. I have a total of three years training and experience in the enforcement of the immigration and naturalization laws of the United States. As part of my duties, I am required to identify, locate, apprehend, and remove illegal aliens who are in violation of the Immigration and Nationality Act (INA). I also investigate criminal immigration violations of the United States Code.

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records and system automated data relating to Arlen Armando MARTINEZ-VALLE, which reveal the following:

3. MARTINEZ-VALLE is a forty-two-year-old citizen and native of Nicaragua who last entered the United States on February 24, 2022, at or near Andrade, California without inspection by the U.S. Department of Homeland Security.

4. On or about October 15, 2004, MARTINEZ-VALLE was encountered by the U.S. Border Patrol in Uvalde, Texas and issued a Notice to Appear in front of an Immigration Judge.

5. On or about February 23, 2005, MARTINEZ-VALLE was ordered removed *in absentia* by an Immigration Judge in San Antonio, Texas.

6. On or about July 30, 2009, MARTINEZ-VALLE was arrested by the Lake Clarke Shores Police Department in Florida for no driver's license. MARTINEZ-VALLE was found guilty and was fined.

1

7. On or about October 15, 2013, MARTINEZ-VALLE was encountered by the U.S. Border Patrol in Lake Charles, Louisiana and processed as a "bag and baggage". A "Bag and Baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country.

8. On or about May 14, 2014, MARTINEZ-VALLE was removed from the United States to Nicaragua through New Orleans, Louisiana.

9. On or about December 04, 2016, MARTINEZ-VALLE was arrested by the St. Bernard, Louisiana County Sheriff's Department for Disturbing the Peace, Simple Battery and Prohibited Acts. No disposition was found.

10. On or about April 28, 2017, MARTINEZ-VALLE was encountered by New Orleans ICE ERO Officers and processed as an I-871-Reinstatement of Deport Order.

11. On or about May 31, 2017, MARTINEZ-VALLE was removed from the United States to Nicaragua through Alexandria, Louisiana.

12. On or about September 06, 2017, MARTINEZ-VALLE was encountered by the U.S. Border Patrol in Why, AZ and processed as an I-871-Reinstatement of Deport Order and was charged with a violation of Title 8, United States Code §1326 and Title 8, United States Code, §1325.

13. On or about September 07, 2017, MARTINEZ-VALLE was convicted of Title 8, United States Code, §1325(a)(1) in Tucson, AZ and sentenced to 75 days.

14. On or February 21, 2018, MARTINEZ-VALLE was removed from the United States to Nicaragua through from Alexandria, Louisiana.

15. On or about February 24, 2022, MARTINEZ-VALLE was encountered by the U.S. Border Patrol in Andrade, CA and processed as an I-871-Reinstatement of Deport Order and released on an Order of Supervision.

16. On or about December 14, 2022, an arrest warrant was issued by the Michigan State Police for MARTINEZ-VALLE for forgery.

17. On or about April 15, 2025, Detroit ICE ERO was conducting surveillance on a targeted alien with an approved Field Operation Worksheet. ICE ERO Officers observed one male subject matching the description of the targeted alien (MARTINEZ-VALLE) enter a vehicle near MARTINEZ-VALLE's last known address. The vehicle left the address, and the ICE ERO Officers initiated a vehicle stop on the vehicle at or near 44XX Parkinson St., Detroit, Michigan 48210. ICE ERO Officers approached the vehicle, identified themselves, and made contact with the driver, later identified as Arlen MARTINEZ-VALLE. MARTINEZ-VALLE is an alien who had previously been removed from the United States.

18. On or about April 15, 2025, fingerprint checks confirmed a positive match for Arlen Armando MARTINEZ-VALLE, DOB XX/XX/1982, AXXX XXX 624, an alien previously removed from the United States.

19. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

20. A review of immigration records (A #XXX XXX 624) for MARTINEZ-VALLE and queries in U.S. Department of Homeland Security databases reveal that no record exists of MARTINEZ-VALLE obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about February 21, 2018.

21. Based on the above information, I believe there is probable cause to conclude that MARTINEZ-VALLE, is an alien who is present in the United States after deportation or removal, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security in violation of Title 8, United States

3

Code, Section 1326(a).

_____
Craig Hunter
Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
Date: April 24, 2025

4